UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

KATHY FOX,                      )
                               )
        Plaintiff,             )
                               )
              v.               )   NO.  2:09-0010
                               )
COLINX, LLC,                   )   Judge Sharp/Bryant
                               )
        Defendant.             )

# O R D E R

This matter has been referred to the undersigned
Magistrate Judge for the setting of a trial date and all further
proceedings (Docket Entry No. 17). After consulting with Judge
Sharp's chambers, this case is set for a one-day bench trial on
**September 11, 2012, at 9:00 a.m.,** with a final pretrial conference
on **August 20, 2012, at 1:30 p.m.**

Judge Sharp will issue a separate order setting out his
requirements for both the trial and final pretrial conference at a
later date.

It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge